UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In Re:

Martin & Noelle Labowicz

Case No.: _____26-15347_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____6/10/26_____

Judge: _____O'Hagan_____

## CERTIFICATION OF SERVICE

1. I, _____John Zimnis_____ :

   ☒ represent _____Martin & Noelle Labowicz_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____5/12/26_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Motion to Extend the Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____5/12/26_____

/s/ John Zimnis _____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| PNC Bank<br>2730 Liberty Avenue<br>Attn:  Corporate Officer and/or<br>        Managing Agent<br>Pittsburgh, PA 15222 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group<br>701 Market Street<br>Suite 50000<br>Philadelphia, PA 19106 | creditor's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ravenscroft HOA<br>47 Raintree Drive<br>Attn:  Corporate Officer and/or<br>        Managing Agent<br>Hamilton, NJ 08690 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Unison<br>6750 Mercy Road<br>Suite 300<br>Attn:  Corporate Officer and/or<br>        Managing Agent<br>Omaha, NE 68106 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yendo Inc<br>3309 Elm Street<br>#340<br>Attn:  Corporate Officer and/or<br>        Managing Agent<br>Dallas, TX 75226 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| One Main Financial<br>PO Box 70912<br>Attn:  Corporate Officer and/or<br>           Managing Agent<br>Charlotte, NC 28272 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Trustee | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| IRS Insolvency Function<br>PO Box 7346<br>Philadelphia, PA 19101 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of NJ, Division of Taxation<br>CN 245<br>Trenton, NJ 08646 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*