| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credit One Bank<br>PO Box 98873<br>Attn:  Corporate Officer and/or Managing Agent<br>Las Vegas, NV 89193 | creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Feb Destiny<br>PO Box 4499<br>Attn:  Corporate Officer and/or Managing Agent<br>Beaverton, OR 97076 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First National Credit Card/CCS<br>PO Box 5097<br>Attn:  Corporate Officer and/or Managing Agent<br>Sioux Falls, SD 57117 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Fortiva<br>PO Box 1055555<br>Attn:  Corporate Officer and/or Managing Agent<br>Atlanta, GA 30348 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FSB Blaze<br>500 East 60th Street<br>Attn:  Corporate Officer and/or Managing Agent<br>North Sioux Falls, SD 57104 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Hamilton Endoscopy & Surgery Center<br>PO Box 11616<br>Attn:  Corporate Officer and/or Managing Agent<br>Newark, NJ 07101 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Indigo Celtic Bank<br>PO Box 4499<br>Attn:  Corporate Officer and/or Managing Agent<br>Beaverton, OR 97076 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital System<br>PO Box 17210<br>Re: DC 2893-17<br>Attn:  Corporate Officer and/or Managing Agent<br>Golden, CO 80402 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Legacy<br>PO Box 2496<br>Attn:  Corporate Officer and/or Managing Agent<br>Omaha, NE 68103 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mercury Card/FB&T<br>1415 Warm Springs Road<br>Attn:  Corporate Officer and/or Managing Agent<br>Columbus, GA 31904 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*