UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In Re:

Martin & Noelle Labowicz

Case No.: _____26-15347_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____

Judge: _____O'Hagan_____

## CERTIFICATION OF SERVICE

1. I, _____John Zimnis_____ :

   ☒ represent _____Martin & Noelle Labowicz_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____6/22/26_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   amended Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: __6/22/26_____

/s/ John Zimnis_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Unison<br>6750 Mercy Road<br>Suite 300<br>Attn: Corporate Officer and/or Managing Agent<br>Omaha, NE 68106 | creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |